STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
GABRIELA BISCHOF
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
Email:        Gabriela_Bischof@fd.org

Counsel for Defendant Arredondo Verduzco

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO ARREDONDO VERDUZCO, <br><br> Defendant. | No. CR 00-20029-001 RMW <br><br> **STIPULATION AND [] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 38

   Criminal History Category: I

   Guideline Range: 235 to 293 months

   Mandatory Minimum: 120 months

3. Defendant was sentenced to 235 months imprisonment on December 17, 2002.

4. According to the Bureau of Prisons, Defendant's current projected release date is April 17, 2017.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level: 36

   Criminal History Category: I

   Guideline Range: 188 to 235 months

   Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing Defendant's term of custody to "188 months, but not less than the time of imprisonment that the Defendant has served as of November 1, 2015."

9. The parties further stipulate that the Court may include in its amended judgment a recommendation to the Bureau of Prisons that the Defendant be transferred to a halfway house at the appropriate time before his release on November 1, 2015.

10. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

11. The parties further stipulate that the Court's Order will take effect on November 1, 2015.

12. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

13. Defendant waives his right to appeal the district court's sentence.

14. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual. A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

December 31, 2014                                  /s/
_____          _____
DATED                                                    MELINDA L. HAAG
                                                                United States Attorney
                                                                J. DOUGLAS WILSON
                                                                Assistant United States Attorney
                                                                Northern District of California


December 31, 2014                                  /s/
_____          _____
DATED                                                    STEVEN G. KALAR
                                                                Federal Public Defender
                                                                GABRIELA BISCHOF
                                                                Assistant Federal Public Defender
                                                                Northern District of California

IT IS SO ORDERED.

HEÊî ÊÍ
_____          _____
DATED                                                    RONALD M. WHYTE
                                                                United States District Judge

*3582 STIP*, CR 00-20029-001 RMW
DEF. ARREDONDO VERDUZCO.                    3